**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CAUSE NO: 1:21-MJ-00827-SH** |
| **VS.** | § | |
| | § | |
| **RYAN TAYLOR FAIRCLOTH** | § | |

## <u>NOTICE OF APPEARANCE</u>

**TO THE HONORABLE SUSAN HIGHTOWER, UNITED STATES MAGISTRATE JUDGE FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION:**

Enter my appearance as counsel in said case for Defendant, RYAN TAYLOR

FAIRCLOTH. I do certify that I am licensed to practice in this Honorable Court.

SIGNED this 14th day of October 2021.

Respectfully submitted,

Law Office of Shawn C. Brown, P.C.
540 S. St. Mary's St.
San Antonio, TX 78205
Tel: (210) 224-8200
Fax: (210) 224-8214

By: /s/ SHAWN C. BROWN

Shawn C. Brown
State Bar No. 24003613
E-Mail: Shawn@ShawnBrownlaw.com
Attorney for
RYAN TAYLOR FAIRCLOTH

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Notice of
Appearance was electronically filed with the Clerk of this Honorable Court using the
CM/ECF system which will send notification electronically to the office of the Assistant
United States Attorney.

SIGNED on this the 14th day of October 2021.

/s/ SHAWN C. BROWN
Shawn C. Brown