**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**FILED**
October 15, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ kkc
                          DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> **Plaintiff,** | ) <br> ) <br> ) |
| **v.** | ) <br> ) |
| | ) |
| **RYAN TAYLOR FAIRCLOTH,** <br> **BOOKING # 2117173,** <br> **Defendant.** | ) <br> ) <br> ) |

**CRIMINAL NO.: 1:21-MJ-827**

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America and respectfully represents that the above case is set for court proceedings on the ___18th___ day of ___October___, 2021; that the Defendant is incarcerated and is now in the custody of the Travis County Jail, 500 W 10th St Austin, TX 78701.

WHEREFORE, the government prays that this Court issue an order directing the Clerk of the Court to issue a Writ of Habeas Corpus Ad Prosequendum addressed to the Travis County Jail, commanding it to surrender the said Defendant into the custody of the United States Marshal for the Western District of Texas, or his duly authorized representative, and directing said Marshal to bring said Defendant to Austin, Texas, on ___October 18___, 2021, at ___11:00___ A.M. for the purpose of said proceedings, and any further proceedings to be had in this cause.

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By:    /s/G. Karthik Srinivasan
       G. Karthik Srinivasan
       ASSISTANT U.S. ATTORNEY
       903 San Jacinto Blvd, Suite 334
       Austin, Texas   78701
       (512)916-5858 (office)
       (512)916-5854 (fax)