**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**FILED**

October 15, 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____kkc_____

DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CRIMINAL NO.: 1:21-MJ-827** |
| ) | |
| **RYAN TAYLOR FAIRCLOTH,** ) | |
| **BOOKING # 2117173,** ) | |
| **Defendant.** ) | |

**ORDER FOR ISSUANCE OF WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Came on the application of the United States of America, representing that this cause is set for hearing in Austin, Texas, on _____October 18_____, 2021; that the Defendant is now incarcerated, and in the custody of the Travis County Jail, 500 W 10th St Austin, TX 78701, that justice demands the Defendant's presence at such proceedings; and the Government prays the Court to direct the issuance of a Writ of Habeas Corpus Ad Prosequendum for the attendance of said Defendant; and the Court, being of the opinion that said application should be granted; it is therefore,

ORDERED that the Clerk issue a Writ of Habeas Corpus Ad Prosequendum, addressed to the Travis County Jail, directing that said Defendant be delivered into the custody of the United States Marshal, and directing said Marshal to bring the Defendant before this Court in Austin, Texas, at _____11:00_____ A.M., on _____October 18_____, 2021, for the purpose of said hearing, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said Defendant to the custody of the United States Marshal's Service.

SIGNED and ENTERED at Austin, Texas, this 15th day of _____October_____, 2021.

_____
UNITED STATES MAGISTRATE JUDGE