UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA            §
                                    §
V.                                  §    CASE NO: 1:21-MJ-827-SH
                                    §
RYAN TAYLOR FAIRCLOTH,              §
Booking # 2117173                   §
                                    §

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE:      Sheriff, Travis County Jail, 500 W 10th St Austin, TX 78701

GREETINGS:

You are hereby commanded to surrender and deliver unto the United States Marshal for the Western District of Texas, or his duly authorized representative, the body of **RYAN TAYLOR FAIRCLOTH, Booking # 2117173,** who is currently in your custody, for appearance in this Court at 501 West 5th Street, Austin, Texas, on **October 18, 2021**, at **11:00 a.m.** and there to remain in the custody of the said Marshal, or his duly authorized representative, during, and any further proceedings to be had in the above-styled cause, and at the termination of said proceeding to return said **RYAN TAYLOR FAIRCLOTH, Booking # 2117173** to the custody of Sheriff, Travis County Jail, 500 W 10th St Austin, TX 78701.

This Writ shall be your warrant and authority in the premises, and the Clerk of this Court is hereby directed to cause to be delivered to you a copy of this Writ and a certified copy of the Order directing the issuance for your observance.   HEREIN, FAIL NOT, but make due return of this Writ.   WITNESS, the Honorable Susan Hightower, United States Magistrate Judge, Western District of Texas, and the Seal of this Court hereto affixed this 15th day of October, 2021.

JEANNETTE J. CLACK, CLERK

By: _____
Ka Kin Cheng
Ka Kin Cheng
Deputy Clerk