# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| United States of America | § | |
| :--- | :--- | :--- |
| | § | |
| vs. | § | Case No: |
| | § | AU:21-CR-00203(1)-LY |
| (1) Ryan Taylor Faircloth | § | |

## Government EXHIBIT LIST for DETENTION HEARING held on October 21, 2021

| Sealed Govt Exhibit | Description | Date Admitted |
| :---: | :---: | :---: |
| 1 | **SEALED** Video | 10/21/2021 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |