**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **CRIMINAL NO.  A-21-CR-00203** |
| | ) |
| **RYAN TAYLOR FAIRCLOTH,** | ) |
| | ) |
| **Defendant.** | ) |

**GOVERNMENT'S NOTICE OF ATTORNEY APPEARANCE**

Comes now the United States Attorney for the Western District of Texas and files this Notice of Attorney Appearance in the above-styled and numbered cause.

The United States Attorney, by and through the undersigned Assistant United States Attorney, hereby notifies the Defendant and this Court that Assistant United States Attorney, Michael C. Galdo, will be serving as co-counsel with Assistant United States Attorney, G. Karthik Srinivasan in the above-named proceeding.

Respectfully submitted,

ASHLEY C. HOFF
United States Attorney

By:    */s/ Michael C. Galdo*

Michael C. Galdo
Assistant United States Attorney
903 San Jacinto Blvd., Suite 334
Austin, Texas   78701
A/C 512 916-5858
FAX 512 916-5854

## **CERTIFICATE OF SERVICE**

I certify that on this the 25th of December, 2021, a copy of the foregoing Government's

Notice was filed with the Clerk of the Court using the CM/ECF System, thus providing notification

of such filing to all counsel of record.

/s/Michael C. Galdo
Michael C. Galdo
Assistant United States Attorney