## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:  AU:21-CR-00203(1)-LY |
| | § | |
| (1) Ryan Taylor Faircloth | § | |

## ORDER SETTING REARRAIGNMENT & PLEA

IT IS HEREBY ORDERED that **REARRAIGNMENT & PLEA** in the above styled case has been set in **Courtroom Number 6** on the **6th Floor** of the United States Courthouse, 501 West Fifth Street, Austin, Texas 78701 on **January 10, 2022 at 10:00 AM**.

Both counsel and defendant must appear IN PERSON unless specifically excused from appearing by the Court.  Counsel for the defendant shall notify the defendant of this setting, and if the defendant is on bond, advise the defendant that attendance is mandatory on the date and time specified in this Order.  Counsel is further reminded that it is their duty to advise clients, witnesses, and others concerning rules of decorum to be observed in Court (see Court Rule AT-5(b)12).

Whenever a defendant or witness in a criminal case has need for the services of a court interpreter, **counsel must inform the Courtroom Deputy** no later than two (2) business days before the scheduled Court proceeding.

IT IS FURTHER ORDERED that the parties shall file all documents pertinent to this plea **no later than 5:00 P.M. two (2) business days before the scheduled Court proceeding**. *Failure to comply with this Order may result in the cancellation of the plea hearing and the referral of the case back to the District Court.*

December 28, 2021

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE