**FILED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JAN 1 0 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO: AU:21-CR-00203(1)-LY |
| | § | |
| (1) Ryan Taylor Faircloth | § | |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## AND FED. R. CRIM. P. 11 ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

I, (1) Ryan Taylor Faircloth, the defendant in the above-numbered and styled cause, with the advice and consent of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this 10th day of January, 2022.

_____
(1) Ryan Taylor Faircloth
Defendant

_____
Shawn C. Brown
Attorney for Defendant

_____
G. Karthik Srinivasan
Assistant U.S. Attorney