**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CAUSE NO: 1:21-CR-00203-LY-1** |
| **VS.** | § | |
| | § | |
| **RYAN TAYLOR FAIRCLOTH** | § | |

**UNOPPOSED MOTION FOR CONTINUANCE**

**TO THE HONORABLE LEE YEAKEL. UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION:**

Now comes Defendant, RYAN TAYLOR FAIRCLOTH, by and through his undersigned counsel, and respectfully moves this Honorable Court for an order continuing his scheduled hearings and in support would show the following:

I.

Defendant RYAN TAYLOR FAIRCLOTH is currently scheduled for Sentencing on March 24, 2022 at 9:00 AM.  The deadline for filing Objections to the PSR report is February 28, 2022.

II.

SHAWN C. BROWN hereby respectfully requests an additional sixty (60) days to allow for additional time to prepare for sentencing and to address restitution with G. KARTHIK SRINIVASAN and MICHAEL GALDO, Assistant United States Attorneys.

Additionally SHAWN C. BROWN requests a one (1) week extension on the deadline for filing Objections to the PSR report. The requested new deadline for said Objections would be due by March 7, 2022.

III.

SHAWN C. BROWN has conferred with G. KARTHIK SRINIVASAN and

1

MICHAEL GALDO, Assistant United States Attorneys, regarding this Motion and G. KARTHIK SRINIVASAN and MICHAEL GALDO are both UNOPPOSED to same.

This Motion is made not for the purposes of delay, but that justice may be served.

WHEREFORE, PREMISES CONSIDERED, Defendant, RYAN TAYLOR FAIRCLOTH, respectfully requests this Honorable Court to grant this Motion for Continuance, and for such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted,

LAW OFFICE OF SHAWN C. BROWN, P.C.
540 S. ST. MARY'S ST.
SAN ANTONIO TX 78205
OFFICE (210) 224-8200
FAX (210) 224-8214

/s/ SHAWN C. BROWN
SHAWN C. BROWN
STATE BAR NO: 24003613
EMAIL: shawn@shawnbrownlaw.com

ATTORNEY FOR DEFENDANT
RYAN TAYLOR FAIRCLOTH

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion for Continuance was electronically filed with the Clerk of this Honorable Court using the CM/ECF system which will send notification electronically to G. KARTHIK SRINIVASAN and MICHAEL GALDO Assistant United States Attorneys.

SIGNED on this the 23rd day of February 2022.

/s/ SHAWN C. BROWN
SHAWN C. BROWN

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CAUSE NO: 1:21-CR-00203-LY-1** |
| **VS.** | § | |
| | § | |
| **RYAN TAYLOR FAIRCLOTH** | § | |

## ORDER

On this date came on to be considered Defendant RYAN TAYLOR FAIRCLOTH's

Motion for Continuance, and said Motion is hereby:

GRANTED    DENIED

Signed on this the _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE

3