IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



**FILED**

FEB 2 5 2022

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT
BY _____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO: 1:21-CR-203-LY |
| | § | |
| (1) RYAN TAYLOR FAIRCLOTH | § | |

## ORDER

Before the Court is the Defendant's Unopposed Motion for Continuance (Clerk's Doc. #36) filed on February 23, 2022. Having considered the motion the Court is of the opinion that the motion should be granted.

ACCORDINGLY, IT IS ORDERED that the motion to continue is GRANTED and it is hereby ordered that the above entitled and numbered case is RESET for SENTENCING in Courtroom 7, on the Seventh Floor, United States Courthouse, 501 West Fifth Street, Austin, Texas, on **May 25, 2022, at 9:00 AM.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for the defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to the present at this proceeding.

IT IS FINALLY ORDERED that in the event of a court interpreter are required, counsel for the defendant shall notify the United States District Clerk's Office within five days of the date of the hearing.

SIGNED this _____ day of February, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE