IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | **CAUSE NO: 1:21-CR-00203-LY-1** |
| VS. | § | |
| | § | |
| RYAN TAYLOR FAIRCLOTH | § | |

## MOTION TO TRAVEL

**TO THE HONORABLE LEE YEAKEL. UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION:**

Now comes Defendant, RYAN TAYLOR FAIRCLOTH, by and through his undersigned counsel, and respectfully moves this Honorable Court for an order granting RYAN TAYLOR FAIRCLOTH permission to travel outside the Western District of Texas, and in support would show the following:

I.

RYAN TAYLOR FAIRCLOTH was arrested on or about October 18, 2021, after being charged with Arson and Attempted Arson, in violation of Title 18, United States Code, Section 844(i).

II.

RYAN TAYLOR FAIRCLOTH has entered a Plea in said case and is currently scheduled for Sentencing on May 25, 2022 at 9:00 AM.

III.

RYAN TAYLOR FAIRCLOTH was released from custody on October 21, 2021 on a twenty-five thousand dollar ($25,000.00) Secured Bond. Among the conditions of his release on bond, RYAN TAYLOR FAIRCLOTH must remain on a GPS monitor, remain on a curfew from 10:00 AM to 7:00 PM and not travel outside of the Bexar County, Texas, without permission from

1

this Honorable Court.

RYAN TAYLOR FAIRCLOTH has not had any bond violations to date.

IV.

RYAN TAYLOR FAIRCLOTH would respectfully request permission to travel for a family vacation to the Houston, Texas area from March 18, 2022 to March 23, 2022.  Should RYAN TAYLOR FAIRCLOTH be granted permission to travel, he would depart from San Antonio, Texas on March 18, 2022, arriving to the Houston, Texas area, and return by March 23, 2022.

Should this Motion to Travel be granted, RYAN TAYLOR FAIRCLOTH would then make the accommodations for his stay and would provide the addresses to PreTrial Services.

V.

Should RYAN TAYLOR FAIRCLOTH be allowed to travel, he would respectfully request that the curfew restriction be removed for the duration of his trip.

VI.

SHAWN C. BROWN has contacted U.S. Pretrial Services Officer Evan Cisneros and Officer Michael Perez regarding this Motion and they are both UNOPPOSED to same.

Furthermore, SHAWN C. BROWN has conferred with G. KARTHIK SRINIVASAN, Assistant United States Attorney, regarding this Motion G. KARTHIK SRINIVASAN will not take a position on this Motion and defers to the Court and PreTrial Services.

WHEREFORE, PREMISES CONSIDERED, Defendant, RYAN TAYLOR FAIRCLOTH, respectfully requests this Honorable Court to grant this Motion for Permission to Travel from San Antonio to the Houston, Texas area, and his curfew restriction be removed for the duration of his trip, and for any further relief this Honorable Court deems just and proper.

Respectfully submitted,

LAW OFFICE OF SHAWN C. BROWN, P.C.
540 S. ST. MARY'S ST.
SAN ANTONIO TX 78205
OFFICE (210) 224-8200
FAX (210) 224-8214

/s/ SHAWN C. BROWN
SHAWN C. BROWN
STATE BAR NO: 24003613
EMAIL: shawn@shawnbrownlaw.com
ATTORNEY FOR DEFENDANT
RYAN TAYLOR FAIRCLOTH

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Travel was electronically filed with the Clerk of this Honorable Court using the CM/ECF system which will send notification electronically to G. KARTHIK SRINIVASAN and MICHAEL GALDO Assistant United States Attorneys.

SIGNED on this the 14th day of March 2022.

/s/ SHAWN C. BROWN
SHAWN C. BROWN

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CAUSE NO: 1:21-CR-00203-LY-1** |
| **VS.** | § | |
| | § | |
| **RYAN TAYLOR FAIRCLOTH** | § | |

## ORDER

On this date came to be considered Defendant RYAN TAYLOR FAIRCLOTH's Motion to Travel from San Antonio, Texas to the Houston, Texas area, from March 18, 2022 to March 23, 2022, with his curfew restriction removed for the duration of his trip, said Motion is hereby:

GRANTED    DENIED

Signed on this the _____ day of _____, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

4