

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CAUSE NO: 1:21-CR-00203-LY-1 |
| VS. | § | |
| | § | |
| RYAN TAYLOR FAIRCLOTH | § | |

## ORDER

On this date came to be considered Defendant Ryan Taylor Faircloth's Motion to Travel (Clerk's Doc. #38) filed March 14, 2022, from San Antonio, Texas to the Houston, Texas area, from March 18, 2022, to March 23, 2022, said Motion is hereby: GRANTED / ~~DENIED~~

IT IS FINALLY ORDERED that the Defendant Ryan Taylor Faircloth shall continue to comply with all conditions of pretrial release.

SIGNED this _17th_ day of March, 2022.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

1