# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | AU:21-CR-00203(1)-LY |
| | § | |
| (1) RYAN TAYLOR FAIRCLOTH | § | |

## ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for

**SENTENCING** in Courtroom 7, on the Seventh Floor, United States Courthouse, 501 West

Fifth Street, Austin, TX, on **Friday, May 27, 2022 at 09:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to

counsel for defendant, the United States Attorney, United States Pretrial Services and the United

States Probation Office. Counsel for the defendant shall notify the defendant of this setting and,

if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS FINALLY ORDERED that in the event the services of a court interpreter are

required, counsel for the defendant shall notify the U.S. District Clerk's Office within five days

of the date of the hearing.

IT IS SO ORDERED this 21st day of March, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE