# EXHIBIT A



-----Original Message-----
From: Boozers Tx <ryan█████████@gmail.com>
Sent: Sunday, December 19, 2021 7:01 PM
To: James Ferrell <████████████████████>
Subject: Request for Change of Address

CAUTION - EXTERNAL:


Mr. Ferrell,

Good morning sir. I believe I reached out to you a few weeks ago asking to submit a request to Mrs. Hightower regarding my terms of bond release. I've attached my message to her below.

Thank you!

…..

Good morning Mrs. Hightower,

My name is Ryan Faircloth, and I was in your courtroom on October 21st, 2021 at 3pm for a bond hearing regarding an arson case at the Travis County Democratic Office Headquarters.

I just wanted to start off by saying thank you for your your decision I'm letting me be with my family during these holidays and for allowing me to get my affairs in order before returning to prison next year.

I did have a question for you regarding my terms of release during this time. As you may remember, I'm a small business owner with thriving businesses across the state of Texas. Since I've been out, I've been able to maintain business in Houston and Dallas with no problems at all, but my market in Austin has slowly hindered because I don't have amplifiers there at the moment. I do help take care of my grandma here in San Antonio while running my business in San Antonio, but my biggest clients (those in Austin) are wondering if I'll ever make a return to the great Capitol City.

With your permission, I'm wondering if I could be granted terms that'll allow me to move back to Austin for my business, and then travel back n forth between Austin and San Antonio only to manage both my affairs here business wise and for the care of my grandmother.

I understand the consequences I face in the near future, so please rest assured that a first timer (getting into trouble) like me wouldn't want to do anything to get myself into more trouble. I see what it's done to my family, friends and business so I can guarantee that I won't be looking for anything related to trouble at all.

I've been perfect with my terms of condition according to my Pretrial Officer here in San Antonio, and have continued to run my business with a few bumps in the road after doing what I did.

I don't want to get into anymore trouble as I see the affect it's had on my life, but I am asking that I can be granted to move back to Austin (where my business was thriving the most) and the ability to travel to San Antonio for business matters and to of course help my grandmother her weekly errands and things to do. I don't even need my curefew times lifted, but maybe the ability to live in the city where my business thrived most and the ability to still travel to San Antonio to help take care of my grandmother.

Thank you for your time and consideration.

All the best,

Ryan Taylor Faircloth

Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.