**FILED**

MAY 4 2022

CLERK, U S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CAUSE NO: 1:21-CR-00203-LY-1 |
| VS. | § | |
| | § | |
| RYAN TAYLOR FAIRCLOTH | § | |

## ORDER

Before the court is Defendant Ryan Taylor Faircloth's Motion to Travel (Clerk's Doc. #42) filed April 20, 2022, from San Antonio, Texas to Starkville, Mississippi, from May 5, 2022, to May 9, 2022.

The court has considered the motion, the Government's response in opposition to the Defendant's Motion to travel (Clerk's Doc. #43) filed April 25, 2022, and response of the Pretrial Services Office also opposing the motion. The objections are well taken.

Defendant's Motion to Travel (Clerk's Doc. #42) filed April 20, 2022 is **DENIED.**

IT IS FINALLY ORDERED that the Defendant Ryan Taylor Faircloth shall continue to comply with all conditions of pretrial release.

SIGNED this 4th day of May, 2022.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE