AO 245B (Rev. TXN 10/12) Judgment in a Criminal Case                                  Judgment -- Page 2 of 6

DEFENDANT:       RYAN TAYLOR FAIRCLOTH
CASE NUMBER:     1:21-CR-00203-LY(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **SEVENTY TWO (72) MONTHS** as to count one.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal.

The Court makes the following recommendations to the Bureau of Prisons:

**To designate defendant to La Tuna FCI or to a federal facility close to La Tuna FCI in order that the defendant may be near family members during the period of confinement.**

**The defendant participate in the most intensive drug treatment and counseling program available during the period of confinement.**

If, for any reason, the Bureau of Prisons does not comply with any recommendation of this Court made in this Judgment and Sentence, the Bureau of Prisons shall immediately notify the Court and any reason therefore.



## RETURN

I have executed this judgment as follows: *Voluntary Surrander*

Defendant delivered on ___8/08/22___ to ___FCI Beaumont Low___

at _____, with a certified copy of this judgment.

Susan Pamerleau
United States Marshal
Western District of Texas

UNITED STATES MARSHAL

*Cruz Rodriguez IA*
By
DEPUTY UNITED STATES MARSHAL