# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
Austin DIVISION

UNITED STATES OF AMERICA §

VS. §    NO. 21-CR-203-LY

Ryan Taylor Faircloth §

### ORDER FOR RETURN OF CASH BAIL

Came on this date for consideration the application of _Return of Cash Bail_

for an order directing the Clerk of this Court to deliver to him/her the sum of $ 2500.—

heretofore deposited by him/her into the registry of the Court as cash bail for the appearance

of the defendant herein, and it appearing to the Court that the conditions of said bond have

been complied with, the Court is of the opinion that said cash bail should be returned to the

Petitioner.

It is therefore ORDERED that the Clerk of this Court deliver to the said

_Shawn Brown_ the sum of $ 2500.— heretofore deposited by

him/her as cash bail for the appearance of the defendant herein.

ORDERED at _____Austin_____ , Texas, this the _26th_ day

of _August_ , 20_22_.

_____
UNITED STATES DISTRICT