United States District Court
Western District of Texas
Austin Division

United States of America,
    Plaintiff,

v.

Ryan Taylor Faircloth,
    Defendant.

No. A-21-CR-00203-LY(01)

## Notice of Appearance

The Clerk of the above Court will please note the appearance of the undersigned as counsel for the Plaintiff, United States of America, in the above-captioned case for the purpose of collecting on this debt.  It is requested that service of copies of all notices, pleadings and other papers be effected upon the United States Attorney for the Western District of Texas, addressed as follows:

KRISTY K. CALLAHAN
Executive Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Steven.Seward@usdoj.gov

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By:  /s/ *Kristy K. Callahan*
     **KRISTY K. CALLAHAN**
     Executive Assistant United States Attorney
     Mississippi Bar No. 101255
     601 N.W. Loop 410, Suite 600
     San Antonio, Texas 78216
     Telephone: (210) 384-7455
     Facsimile: (210) 384-7247
     E-mail: Kristy.Callahan@usdoj.gov

     ATTORNEY FOR UNITED STATES

**Certificate of Service**

I certify that on October 21, 2022, I electronically filed this document with the Clerk of Court using the CM/ECF system.

☐  The CM/ECF system will send notification to the following CM/ECF participant(s):

☒  I also certify that I have mailed this document by United States Postal Service to the following non-CM/ECF participant(s):

Ryan Taylor Faircloth
Reg. No. 69958-509
FCI Beaumont Low
Federal Correctional Institution
P.O. Box 26020
Beaumont, Texas 77720
*Defendant*

/s/ *Kristy K. Callahan*
**KRISTY K. CALLAHAN**
Executive Assistant United States Attorney