**Ryan T. Faircloth** 69958-509   Unit J
FCI Sandstone * P.O. Box 1000 * Sandstone * Minnesota * 55072

Septmeber 15, 2023

Clerk of Court
United States District Court
for the Western District of Texas
655 E. Cesar E. Chavez Blvd., Room G65
San Antonio, TX 78206

RE:  Request for documents
     <u>United States v. Faircloth</u>
     Case No.: **1:21-CR-00203-LY(1)**

Dear Clerk:

I am a federally incarcerated individual who was sentenced out of your court on the above referenced case. I do <u>not</u> have access to the internet or eMail.

Can you please provide at no cost, or a quote for printing and mailing of the following:

1. A print out of my Docket sheet / Report and any related Magistrate docket sheet;

2. Any and all Indictments (including Information(s), Superseding Indictments);

3. Judgment and Commitment order;

4. My plea agreement on file;

5. Your District's transcrips order forms.

Return Correspondence to:
  Ryan T. Faircloth
  69958-509 Unit J
  Federal Correctional Institution
  P.O. Box 1000
  Sandstone, MN 55072
  Special Mail OPEN IN PRESENCE OF INMATE

Thank you for your prompt attention to this matter.

Respectfully,

Ryan Faircloth



COMMITTED NAME:  Ryan T. Faircloth
REG. NO. & QTRS.:  69958-509 Unit J
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

Kim

Clerk of Court
United States District Court
for the Western District of Texas
655 E. Cesar E. Chavez Blvd., Room G65
San Antonio, TX 78206

RECEIVED

SEP 25 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                          DEPUTY CLERK

⇔69958-509⇔
Clerk Of Court
U.S. District Courts
655 E Cesar E Chavez BLVD
Room G65
SAN Antonio, TX 78206
United States